IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN FOTE,<br><br>    Plaintiff,<br><br>vs.<br><br>PARAMOUNT INSTALLERS, LLC A/K/A STRUCTURES UNLIMITED, LLC AND WINSTON MICHAEL CONTRACTING, LLC,<br><br>    Defendant. | Case No. 8:23-cv-00378-BCB-SMB<br><br>**AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |

NOW COMES Plaintiff Justin Fote, by and through his counsel YOST & BAILL, LLP, and for his Complaint states as follows:

## PARTIES

1.   Plaintiff Justin Fote ("Reese"), is a resident and citizen of the State of Nebraska, who resides in Paxton, Nebraska and is the owner of a Pro-Tec Sentry Series tension fabric machine shed ("the Shed") and other real and personal property.

2.   Defendant Paramount Installers, LLC a/k/a Structures Unlimited, LLC ("Paramount") was a Wisconsin limited liability company, engaged in the business of construction, with its principle place of business located at 118280 Forward Street, Stratford, Wisconsin 54484.

3.   Defendant Winston Michael Contracting, LLC ("WM") was a Nebraska limited liability company, engaged in the business of construction, with its principle place of business located at 10330 Regency Parkway Drive, Omaha, Nebraska 68114.

1

## ALLEGATIONS

7. That sometime prior to November 2019, Paramount was hired by Fote to construct the Shed.

8. That without the knowledge or consent of Fote, Paramount then subcontracted with WM to construct the Shed.

9. That sometime prior to November 2019, WM completed the construction of the Shed.

10. In November 2019, wind blew portions of the fabric covers ("the Covers") off the Shed, causing significant damage.

11. By January 2020, the Covers on Shed were shredded and the Shed itself suffered irreparable damage in excess of $75,000.

## COUNTS AGAINST PARAMOUNT

## COUNT I-BREACH OF CONTRACT

12. Farm Bureau reallege Paragraph 1-11 above, as though fully set forth herein.

13. Upon being hired for the construction of the Shed, Paramount held itself out as a professional and competent construction company with all of the requisite skills to properly perform its job and it expressly and/or implicitly agreed that the project would be performed in a safe and workmanlike manner and in compliance with building code standards.

14. That Paramount breached its contract with Fote by subcontracting the job at issue to WN without the knowledge or consent of Fote and further by failing to ensure that the construction of the Shed was performed in a competent and workmanlike manner and in compliance with building code standards.

15. As a direct and proximate result of Paramount's breach of contract with Fote suffered damages as provided hereinabove at Paragraph 11.

## COUNT II-NEGLIGENCE

16. Farm Bureau realleges Paragraph 1-15 above, as though fully set forth herein.

17. That in subcontracting the construction of the Shed, Paramount had an obligation to advise Fote that it had done so and to obtain Fote's approval, to supervise WM in the performance of the construction of the Shed, and to otherwise ensure that said work was performed in a safe and workmanlike manner and in compliance with building code standards.

18. Paramount breached its duty to Fote by negligently failing to properly construct the Shed in accordance with building code standards which would prevent wind from blowing the Shed Covers off.

19. As a direct and proximate result of Paramount's negligence, Fote suffered damages as provided hereinabove at Paragraph 11.

## COUNTS AGAINST WINSTON MICHAEL CONTRACTING, LLC

## COUNT I – NEGLIGENCE

20. Farm Bureau realleges Paragraph 1-19 above, as though fully set forth herein.

21. Upon accepting the construction job for the Shed, WM had a duty to perform said job in a safe and workmanlike manner in accordance with building code standards.

22. WM breached his duty specified in Paragraph 21 above by negligently failing to construct the Shed in a way that complied with building code standards when he knew or should have known that such failure could result in damages to the Shed.

23. As a direct and proximate result of Paramount's negligence, Fote suffered damages as provided hereinabove at Paragraph 11.

WHEREFORE, Plaintiff Justin Fote prays for judgment against Defendants Paramount Installers, LLC. d/b/a Structures Unlimited, LLC. and Winston Michael Contracting, LLC. as follows:

1. For compensatory, general, and special damages in an amount in excess of $75,000;
2. Prejudgment interest at the maximum lawful rate;
3. Post-judgment interest;
4. Plaintiff's costs and disbursements in having to bring this action;
5. Plaintiff's attorney fees; and
6. For other and further relief for which Plaintiff may prove justly entitled.

## DESIGNATION OF TRIAL LOCATION

Plaintiff hereby requests that trial of this action be held in Lincoln, Nebraska, and that the case be calendared accordingly.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues herein.

Respectfully submitted,

Dated	March 13, 2024	By	/s/ Michelle D. Hurley
Michelle D. Hurley #26510
YOST & BAILL, LLP
2050 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
612.338.6000 - telephone
612.344.1689 - facsimile
[mhurley@yostbaill.com](mailto:mhurley@yostbaill.com) - email

*ATTORNEYS FOR PLAINTIFF*